IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:12-CV-282-F

| | | |
|---|---|---|
| SMITHFIELD BUSINESS PARK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SLR INTERNATIONAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the parties' *Joint Motion for Leave to Extend the Discovery Deadline*. [DE-28]. A hearing was held on the motion attended by the parties through counsel on March 11, 2013. The joint motion is timely, having been filed before the expiration of the deadline sought to be extended, and appears to be supported by good cause. Accordingly, for the reasons provided in the motion and by counsel at the hearing, the joint motion is ALLOWED and the Scheduling Order is modified as follows:

1.      All discovery shall be completed no later than **April 19, 2013;**

2.      All potentially dispositive motions shall be filed on or before **June 14, 2013**.

All provisions of the Scheduling Order and Discovery Plan not inconsistent with the foregoing shall remain in place.

So ordered, the 11th day of March, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge