UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CV-00282-F

| | |
|---|---|
| SMITHFIELD BUSINESS PARK, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SLR INTERNATIONAL CORPORATION<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) SLR INTERNATIONAL<br>) CORPORATION'S MOTION<br>) FOR LEAVE TO FILE A REPLY TO<br>) PLAINTIFF SMITHFIELD BUSINESS |
| SLR INTERNATIONAL CORPORATION<br><br>Third-Party Plaintiff<br><br>vs.<br><br>MASSOUD TABRIZI, INDUSTRIAL<br>REALTY GROUP, LLC AND SESTECH<br>ENVIRONMENTAL, LP<br><br>Third-Party Defendants | ) PARK, LLC'S AND THIRD-PARTY<br>) DEFENDANT INDUSTRIAL REALTY<br>) GROUP, LLC'S MEMORANDUM<br>) IN OPPOSITION TO MOTION<br>) TO COMPEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant/Counter-Plaintiff, SLR International Corporation ("SLR") respectfully requests leave to file the attached Reply to Plaintiff/Counter-Defendant Smithfield Business Park, LLC's ("**Smithfield**") and Third-Party Defendant Industrial Realty Group, LLC's ("**IRG**") Memorandum in Opposition to Motion to Compel (the "**Reply**"), and in support of that request shows the following:[1]

---

[1] *See* **Exhibit "A"**, Defendant/Counter-Plaintiff, SLR International Corporation's Reply to Plaintiff Smithfield Business Park, LLC's and Third-Party Defendant Industrial Realty Group, LLC's Memorandum in Opposition to Motion to Compel.

This matter is before the Court for determination of SLR's Motion to Compel the Deposition of Stuart Lichter (the **"Motion"**). SLR filed its Motion on January 20, 2014, and Memorandum in support of its Motion on January 31, 2014. Smithfield and IRG filed their Memorandum in Opposition to SLR's Motion (the **"Memorandum"**) on February 4, 2014. SLR seeks leave of this Court to file the attached Reply to Smithfield's and IRG's Memorandum to address new arguments raised for the first time.

While the Local Rules of this Court do not generally contemplate reply briefs in discovery disputes, this Court has granted motions for leave to file reply briefs in discovery disputes upon a showing of good cause.[2]

In their Memorandum, Smithfield and IRG argue that SLR failed to certify that counsel has in good faith attempted to resolve the dispute without this Court's intervention, SLR's Motion is premature, the Motion fails to meet the procedural requirements set forth in Local Rule 7.1(d), and the Motion is moot. In fairness, SLR respectfully requests that it be afforded an opportunity to reply to Smithfield's and IRG's meritless arguments in order to present the fullest and most complete factual picture upon which the Court can evaluate the parties' arguments, particularly since SLR is the party seeking to compel the discovery in this matter. Therefore, the attached Reply is appropriate, and SLR should be permitted to respond to new arguments raised for the first time in Smithfield and IRG's Memorandum.

Permitting SLR to file a reply to Smithfield and IRG's Memorandum will not unduly burden this Court and will assure the most appropriate resolution of this matter. The interests of justice would best be served by granting this request.

Based on these considerations, SLR respectfully requests that the Court grant it leave to file the attached Reply, a copy of which is attached hereto as **Exhibit "A"**, for the limited purpose of responding to Smithfield's and IRG's new arguments.

---

[2] *SMD Software, Inc. v. EMove, Inc.*, 5:08-CV-403-FL, 2011 WL 2491208, at *4, fn. 3 (E.D.N.C. June 22, 2011).

Case 5:12-cv-00282-F   Document 113   Filed 02/07/14   Page 2 of 4

WHEREFORE, SLR respectfully requests that this Court grant it leave to file the Reply attached hereto as **Exhibit "A."**

This 7th day of February, 2014.

Respectfully submitted,

**ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.**

By:     */s/ Brian W. Zimmerman*
        Brian W. Zimmerman
        State Bar No. 00788746
        bzimmerman@zimmerlaw.com
        Leslie K. Hillendahl
        State Bar No. 24036778
        lhillendahl@zimmerlaw.com
        3040 Post Oak Blvd., Suite 1300
        Houston, TX 77056
        Telephone:     713-552-1234
        Facsimile:     713-963-0859

**ALSTON & BIRD LLP**

By:     */s/ Heather Adams*
        Heather B. Adams
        NC State Bar No. 25239
        Richard A. McAvoy
        NC State Bar No. 43043
        Alston & Bird, LLP
        4721 Emperor Blvd., Suite 400
        Durham, NC 27518
        Heather.Adams@alston.com
        Rich.mcavoy@alston.com
        Phone: (919) 862-2200
        Fax: (919) 862-2260

        Local Civil Rule 83.1 Counsel

        **ATTORNEYS FOR
        DEFENDANT/COUNTER-PLAINTIFF,
        SLR INTERNATIONAL
        CORPORATION**

3

## CERTIFICATE OF SERVICE

This is to certify that on February 7, 2014, a true and correct copy of the foregoing instrument has been sent to the following attorneys of record, pursuant to Rule 5b, FED.R.CIV.P.:

Luther D. Starling, Jr.                                      *Via ECF*
James C. Williams
Daughtry, Woodard, Lawrence & Starling
Post Office Drawer 1960
Smithfield, NC 27577

James M. Weiss                                             *Via ECF*
P. O. Box 33550
Raleigh, NC 27636

Joshua Anderson                                          *Via ECF*
1301 McKinney, Ste. 2700
Houston, TX 77010-3089

Thomas S. Babel                                           *Via ECF*
Jeremy M. Wilson
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068

*/s/ Brian W. Zimmerman*
Brian W. Zimmerman