UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CV-00282-F

| | |
|---|---|
| SMITHFIELD BUSINESS PARK, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SLR INTERNATIONAL CORPORATION ) <br> ) <br> Defendant, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> SLR INTERNATIONAL CORPORATION ) <br> ) <br> Third-Party Plaintiff ) <br> ) <br> vs. ) <br> ) <br> MASSOUD TABRIZI, INDUSTRIAL ) <br> REALTY GROUP, LLC AND SESTECH ) <br> ENVIRONMENTAL, LP ) <br> ) <br> Third-Party Defendants ) <br> ) | [PROPOSED] ORDER ON <br> SLR INTERNATIONAL <br> CORPORATION'S MOTION <br> FOR LEAVE TO FILE A REPLY TO <br> PLAINTIFF SMITHFIELD BUSINESS <br> PARK, LLC'S AND THIRD-PARTY <br> DEFENDANT INDUSTRIAL REALTY <br> GROUP, LLC'S MEMORANDUM <br> IN OPPOSITION TO MOTION <br> TO COMPEL |

This matter came before the Court on SLR International Corporation's Motion for Leave to file a Reply to Plaintiff Smithfield Business Park, LLC's and Third-Party Defendant Industrial Realty Group, LLC's Memorandum in Opposition to Motion to Compel. The Court finds that good cause exist and as such the Motion for Leave is hereby GRANTED.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2014.

_____
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

This is to certify that I served electronically filed with the Court's CM/ECF system the foregoing Proposed Order Granting SLR International Corporation's Motion for Leave to file a Reply to Plaintiff Smithfield Business Park, LLC's and Third-Party Defendant Industrial Realty Group, LLC's Memorandum in Opposition to Motion to Compel, which will send notification to the following counsel of record:

Luther D. Starling, Jr.
James C. Williams
Daughtry, Woodard, Lawrence & Starling
Post Office Drawer 1960
Smithfield, NC 27577

James M. Weiss
P. O. Box 33550
Raleigh, NC 27636

Joshua Anderson
1301 McKinney, Ste. 2700
Houston, TX 77010-3089

Thomas S. Babel
Jeremy M. Wilson
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068

This the 7th day of February, 2014.

/s/ Brian W. Zimmerman
Brian W. Zimmerman